**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No. 14-cv-02742-RBJ

MATTHEW GIBLIN,

    Plaintiff,

v.

JOHN SLIEMERS and PATRICIA SLIEMERS,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF No. 53], entered by Judge R. Brooke Jackson on November 24, 2015, it is

ORDERED that Defendants' motion for summary judgment [ECF No. 40] is GRANTED. The defendants' motion to exclude expert testimony [ECF No. 44] is DENIED as moot.

IT IS FURTHER ORDERED that Final Judgment is entered in favor of the defendants, Mr. John Sliemers and Mrs. Patricia Sliemers, and against the plaintiff, Mr. Matthew Giblin. As the prevailing party, the defendants are awarded costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54 1.

Dated at Denver, Colorado, this 25th day of November, 2015.

BY THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk